27 F.3d 563
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Ray William JUSTIS, Plaintiff Appellant,
v.
Art ASHLEY, Kanawha County Sheriff; Rafael Gomez, Dr.,
Defendants Appellees.
 No. 94-6494.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 24, 1994.
Decided June 22, 1994.
 
 Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-94-243)
 Ray William Justis, appellant pro se.
 S.D.W.Va.
 DISMISSED.
 Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice his civil rights complaint on the grounds of frivolousness under 28 U.S.C. Sec. 1915(d) (1988). We dismiss the appeal for lack of jurisdiction. The district court's dismissal without prejudice is not appealable at this time, given the fact that Appellant could have saved his complaint through amendment. Domino Sugar Corp. v. Sugar Workers' Local Union 392, 10 F.3d 1064 (4th Cir.1993). This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED